No. 567. MONTANA EX REL. JOHNSON *v.* STATE BOARD OF LAND COMMISSIONERS ET AL. On petition for writ of certiorari to the Supreme Court of Montana. *Per Curiam:* Certiorari is granted. The decision below is reversed insofar as it holds that the 1953 Montana Statute, Montana Rev. Codes, 1947 (Cum. Supp. 1953), § 81–1702 (2), is inconsistent with federal law. The case is accordingly remanded to the Montana Supreme Court for proceedings not inconsistent with this order. *William J. Jameson, Dean Acheson, Charles A. Horsky* and *W. Graham Claytor, Jr.* for petitioner. *Arnold H. Olsen,* Attorney General of Montana, and *William F. Crowley,* Assistant Attorney General, for respondents. *Russell E. Smith* for the Governor of Montana, respondent. Briefs of *amici curiae* in support of the petition were filed by

Leslie R. Burgum, Attorney General, and C. L. Young for the State of North Dakota, and Phil W. Saunders, Attorney General, and Ralph A. Dunham for the State of South Dakota.